UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES OJEDA,

              Plaintiff,

-against-

STEPHEN VILLANO,

              Defendant.

1:19-CV-3941 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

By order dated September 20, 2019, the Court granted Plaintiff leave to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of this action for lack of subject-matter jurisdiction. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action for lack of subject-matter jurisdiction. Fed. R. Civ. P. 12(h)(3). The Court denies all pending motions as moot. (ECF 11.)

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  December 8, 2019
           New York, New York

                                        COLLEEN McMAHON
                                   Chief United States District Judge