UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCES OJEDA,<br><br>                     Plaintiff,<br><br>-against-<br><br>STEPHEN VILLANO,<br><br>                     Defendant. | 1:19-CV-3941 (CM)<br><br>CIVIL JUDGMENT |

       Pursuant to the order issued December 8, 2019, dismissing this action for lack of subject-matter jurisdiction,

       IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject-matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

       IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated:  December 8, 2019
           New York, New York

                                                                     COLLEEN McMAHON
                                                                      Chief United States District Judge